# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00503-CV

**Texas Industrial Energy Consumers, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

### DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS PROJECT NO. 53298

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate this appeal pending the Texas Supreme Court's resolution of *Public Utility Commission of Texas v. Luminant Energy Company*, No. 23-0231, an appeal from this Court's decision in *Luminant Energy Company v. Public Utility Commission of Texas*, 665 S.W.3d 166 (Tex. App.—Austin 2023, pet filed). We grant the motion and abate the appeal. Within 30 days of the Texas Supreme Court's decision in cause No. 23-0231, the appellant shall file an opening brief or a motion to dismiss this appeal. Failure to do so may result in this Court reinstating and dismissing this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Before Justices Baker, Triana, and Kelly

Abated

Filed: January 12, 2024